| | |
|---|---|
| REBECCA J. WINTHROP (SBN 116386)<br>ROBIN D. BALL (SBN 159698)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>Telephone: 213.892.9200<br>Facsimile: 213.892.9494<br>rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com<br><br>Attorneys for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL<br><br>-and-<br><br>DAVID E. WEISS (SBN 148147)<br>PETER MUNOZ (SBN 66942)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: 415.543.8700<br>Facsimile: 415.391.8269<br>dweiss@reedsmith.com<br>pmunoz@reedsmith.com<br><br>Attorneys for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC | CHRISTOPHER T. CASAMASSIMA (SBN 211280)<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: 213.443.5300<br>Facsimile: 213.443.5400<br>chris.casamassima@wilmerhale.com<br><br>CRAIG GOLDBLATT (*Pro Hac Vice* admitted)<br>DANIELLE SPINELLI (*Pro Hac Vice* admitted)<br>JOEL W.L. MILLAR (*Pro Hac Vice* admitted)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington DC 20036<br>Telephone: 202.663.6000<br>Facsimile: 202.663.6363<br>craig.goldblatt@wilmerhale.com<br>danielle.spinelli@wilmerhale.com<br>joel.millar@wilmerhale.com<br><br>LAUREN LIFLAND (*Pro Hac Vice* admitted)<br>ALLYSON PIERCE (SBN 325060)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 202.230.8800<br>Facsimile: 202.230.8888<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com<br><br>Attorneys for COMCAST CABLE COMMUNICATIONS, LLC AND ALL AFFILIATES |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PARADISE UNIFIED SCHOOL DISTRICT, ET AL.<br><br>   Appellants,<br><br>v.<br><br>FIRE VICTIM TRUST, ET AL.<br><br>   Appellees. | Case No. 20-cv-05414 (HSG)<br><br>Bankruptcy Case No. 19-30088 (DM)<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

## JOINT STIPULATION

WHEREAS, on July 2, 2020, Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (each a California religious non-profit corporation and, together, "**Adventist Health**"); Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC; and Comcast Cable Communications, LLC and all affiliates (together, "**Comcast**," and collectively with Adventist Health and Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, the "**Appellants**"), filed in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") the *Joint Notice of Appeal* [Bankr. Dkt. No. 8256][1] with respect to the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. Dkt. No. 8053] (the "**Confirmation Order**")[2] entered on June 20, 2020, which Confirmation Order incorporates the Fire Victim Trust Agreement and all exhibits, including the Fire Victim Claim Resolution Procedures, filed with the Bankruptcy Court on June 21, 2020 [Bankr. Dkt. No. 8057]; and

WHEREAS, on July 16, 2020, Appellants filed the *Statement of Issues to be Presented on Appeal and Designation of Record on Appeal* [Bankr. Dkt. No. 8435]; and

WHEREAS, on July 28, 2020, Justice John K. Trotter (Ret.), in his capacity as trustee for the Fire Victim Trust (the "**Trustee**"), filed the *Statement of Election to Have Joint Appeal Heard in the United States District Court Pursuant to 28 U.S.C. § 158(c)(1)(B)* [Bankr. Dkt. No. 8546]; and

WHEREAS, on July 30, 2020, the Trustee filed the *Counter-Designation of the Record on Appeal Filed by Appellee Fire Victim Trustee in the Appeal Filed By Appellants Adventist Health, the Paradise and Napa Entities and Comcast* [Bankr. Dkt. No. 8588]; and

WHEREAS, also on July 30, 2020, the Official Committee of Tort Claimants (the "**TCC**"

---

[1] "Bankr. Dkt. No." refers to filings on the docket for *In re PG&E Corporation, et al.,* No. 19-30088 (DM) (Bankr. N.D. Cal.).
[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

and, together with the Trustee, the "**Appellees**") filed the *Counterdesignation of the Record on Appeal Filed by Appellee the Official Committee of Tort Claimants in the Appeal Filed by Appellants Adventist Health, the Paradise and Napa Entities and Comcast* [Bankr. Dkt. No. 8582]; and

WHEREAS, Appellants and Appellees have met and conferred regarding a briefing schedule with respect to this appeal; and

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Appellants' principal brief shall be filed no later than October 5, 2020;
2. Appellees' response brief(s) shall be filed no later than November 20, 2020; and
3. Appellants' reply brief shall be filed no later than December 21, 2020.

**IT IS SO STIPULATED.**

Dated: September 3, 2020

[*Signatures to follow on the next page*]

| | |
|---|---|
| REBECCA J. WINTHROP<br>ROBIN D. BALL<br>**NORTON ROSE FULBRIGHT US LLP** | JOEL S. MILIBAND<br>DAVID J. MOLTON<br>**BROWN RUDNICK LLP** |

By: */s/   Rebecca J. Winthrop*
   Rebecca J. Winthrop
   Attorneys for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL d/b/a ADVENTIST HEALTH FEATHER RIVER

By: */s/   Joel S. Miliband*
   Joel S. Miliband
   Attorneys for FIRE VICTIM TRUSTEE

DAVID E. WEISS
PETER MUNOZ
**REED SMITH LLP**

ROBERT A. JULIAN
DAVID J. RICHARDSON
LAUREN T. ATTARD
**BAKER & HOSTETLER LLP**

By: */s/   David E. Weiss*
   David E. Weiss
   Attorneys for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC

By: */s/   Lauren T. Attard*
   Lauren T. Attard
   Attorneys for OFFICIAL COMMITTEE OF TORT CLAIMANTS

CHRISTOPHER T. CASAMASSIMA
CRAIG GOLDBLATT
DANIELLE SPINELLI
JOEL W.L. MILLAR
LAUREN LIFLAND
**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/   Craig Goldblatt*
   Craig Goldblatt
   Attorneys for COMCAST CABLE COMMUNICATIONS, LLC AND ALL AFFILIATES

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Craig Goldblatt, hereby attest that concurrence in the filing of this document has been obtained from counsel to the Trustee and the TCC.

Dated:  September 3, 2020                    **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/  Craig Goldblatt*

Craig Goldblatt
Attorneys for COMCAST CABLE COMMUNICATIONS, LLC AND ALL AFFILIATES

# ORDER

By joint stipulation on September 3, 2020, the parties submitted the *Joint Stipulation and [Proposed] Order Regarding Briefing Schedule* (the "**Joint Stipulation**").[3]

NOW THEREFORE, the Court approves the Joint Stipulation and orders as follows:

1. Appellants' principal brief shall be filed no later than October 5, 2020;
2. Appellees' response brief(s) shall be filed no later than November 20, 2020; and
3. Appellants' reply brief shall be filed no later than December 21, 2020.

**IT IS SO ORDERED.**

Dated: 9/3/2020

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Joint Stipulation.