BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (pro hac vice pending)
(EGoodman@brownrudnick.com)
Marek P. Krzyzowski (pro hac vice pending)
(MKrzyzowski@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Fire Victim Trustee*

MACCONAGHY & BARNIER, PLC
John H. MacConaghy (SBN 83684)
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: 707.935.3205
Facsimile: 707.935.7051
Email: macclaw@macbarlaw.com

*Special Counsel for Official Committee of Tort Claimants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PARADISE UNIFIED SCHOOL DISTRICT, ET AL,

Appellants,

v.

FIRE VICTIM TRUST, ET AL,

Appellees.

Case No. 20-cv-05414 (HSG)

Bankruptcy Case No. 19-30088 (DM)

**JOINT STIPULATION AND ORDER SCHEDULING HEARING ON MOTION TO DISMISS APPEAL**

Judge: Hon. Haywood S. Gilliam, Jr.

Appellees, the Honorable John K. Trotter (Ret.), as trustee of the Fire Victim Trust (the "**Trustee**"), and the Official Committee of Tort Claimants (the "**TCC**"), and Appellants, Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (each a California nonprofit religious corporation); Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC; and Comcast Cable Communications, LLC and all affiliates, hereby stipulate as follows:

WHEREAS, the Trustee and the TCC filed the *Joint Motion of the Fire Victim Trustee and the Official Committee of Tort Claimants to Dismiss as Moot the Appeal of Paradise Unified School District, et al.* on October 2, 2020 (the "**Motion to Dismiss**") [Docket No. 26];

WHEREAS, the Motion to Dismiss is currently set to be heard on January 7, 2020, Appellants must file any response to the Motion to Dismiss by October 16, 2020, and Appellees must file any reply to Appellants' response by October 23, 2020;

WHEREAS, there currently are three motions to dismiss filed by the Reorganized Debtors before the Court in connection with appeals taken of the Confirmation Order: (i) *Theresa Ann McDonald v. PG&E Corp., et al*., Case No. 20-cv-04568; (N.D. Cal.) (Docket No. 5); (ii) *International Church of the Foursquare Gospel, et al. v. PG&E Corp. et al*., Case No. 20-cv-04569 (N.D. Cal.) (Docket No. 4); and (iii) *Canyon Capital Advisors LLC v. PG&E Corp. et al*., Case No. 20-cv-04949 (N.D. Cal.) (Docket No. 6) (collectively, the "**Reorganized Debtors' Motions**");

WHEREAS, the Reorganized Debtors' Motions all are scheduled to be heard by the Court on October 29, 2020;

WHEREAS, the parties submit that it would promote the efficient use of

judicial resources and be in the best interest of all parties for this Court to consider the Motion to Dismiss at the October 29, 2020 hearing along with the Reorganized Debtors' Motions.

**IT IS HEREBY STIPULATED:**

1. With the Court's permission, the hearing on the Motion to Dismiss shall be October 29, 2020.

2. Appellants must file any response to the Motion to Dismiss by October 19, 2020.

3. Appellees must file any reply to Appellants' response to the Motion to Dismiss by October 23, 2020.

DATED: October 7, 2020

BROWN RUDNICK LLP

By: /s/ *David J. Molton*
David J. Molton

*Counsel to the Fire Victim Trustee*

MACCONAGHY & BARNIER, PLC

By: /s/ *John H. MacConaghy*
John H. MacConaghy

*Special Counsel for Official Committee of Tort Claimants*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Craig Goldblatt*
Craig Goldblatt

*Counsel to the Comcast Cable Communications, LLC and all affiliates*

NORTON ROSE FULBRIGHT US LLP

By: /s/ *Rebecca J. Winthrop*
Rebecca J. Winthrop

*Attorneys for Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River*

REED SMITH LLP

By: /s/ *David E. Weiss*
David E. Weiss

*Attorneys for Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC and Napa County Recycling and Waste Services, LLC/ Napa Recycling and Waste Services, LLC*

Pursuant to Local Rule 5-1(i)(3), I, David J. Molton, attest that concurrence in filing this document has been obtained from the other signatories.

Brown Rudnick LLP

/s/ *David J. Molton*
David J. Molton

ORDER

WHEREAS, on October 7, 2020, Appellees and Appellants filed the *Joint Stipulation and Proposed Order Scheduling Hearing on Motion to Dismiss* (the "**Stipulation**") requesting that the Motion to Dismiss be heard on October 29, 2020, along with the three other motions to dismiss to be heard by the Court on that date;

For the reasons set forth in the Stipulation, and good cause appearing therefor,

1. The Motion to Dismiss will be heard on October 29, 2020 at 2:00 p.m. (Pacific Time).

2. Appellants must file any response to the Motion to Dismiss by October 19, 2020.

3. Appellees must file any reply to Appellants' response to the Motion to Dismiss by October 23, 2020.

**IT IS SO ORDERED.**

Dated: October 9, 2020

UNITED STATES DISTRICT COURT

DENIED

Judge Haywood S. Gilliam Jr.

NORTHERN DISTRICT OF CALIFORNIA

The Honorable Haywood S. Gilliam, Jr.
United States District Judge