BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (pro hac vice pending)
(EGoodman@brownrudnick.com)
Marek P. Krzyzowski (pro hac vice pending)
(MKrzyzowski@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

MACCONAGHY & BARNIER, PLC
John H. MacConaghy (SBN 83684)
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: 707.935.3205
Facsimile: 707.935.7051
Email: macclaw@macbarlaw.com

*Attorneys for Fire Victim Trustee*

*Special Counsel for Official Committee of Tort Claimants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PARADISE UNIFIED SCHOOL DISTRICT, ET AL, <br><br>     Appellants, <br><br> v. <br><br> FIRE VICTIM TRUST, ET AL, <br><br>     Appellees. | Case No. 20-cv-05414 (HSG) <br><br> Bankruptcy Case No. 19-30088 (DM) <br><br> **JOINT STIPULATION AND ORDER SCHEDULING BRIEFING ON MOTION TO DISMISS APPEAL** <br><br> Judge:  Hon. Haywood S. Gilliam, Jr. |

1   Appellees, the Honorable John K. Trotter (Ret.), as trustee of the Fire Victim
2   Trust (the "**Trustee**"), and the Official Committee of Tort Claimants (the "**TCC**"),
3   and Appellants, Adventist Health System/West and Feather River Hospital d/b/a
4   Adventist Health Feather River (each a California nonprofit religious corporation);
5   Paradise Unified School District, Northern Recycling and Waste Services,
6   LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services,
7   LLC/Napa Recycling & Waste Services, LLC; and Comcast Cable Communications,
8   LLC and all affiliates, hereby stipulate as follows:

9   WHEREAS, the Trustee and the TCC filed the *Joint Motion of the Fire Victim*
10  *Trustee and the Official Committee of Tort Claimants to Dismiss as Moot the Appeal*
11  *of Paradise Unified School District, et al.* on October 2, 2020 (the "**Motion to**
12  **Dismiss**") [Docket No. 26];

13  WHEREAS, the Motion to Dismiss is currently set to be heard on January 7,
14  2021, Appellants must file any response to the Motion to Dismiss by October 16,
15  2020, and Appellees must file any reply to Appellants' response by October 23,
16  2020;

17  WHEREAS, the parties submitted a proposed *Joint Stipulation and Proposed*
18  *Order Scheduling Hearing On Motion To Dismiss Appeal* on October 7, 2020 (the
19  "**Proposed Stipulation**") [Docket No. 29] seeking to schedule the hearing on the
20  Motion to Dismiss to be heard at the October 29, 2020 hearing along with three other
21  motions to dismiss filed by the Reorganized Debtors in connection with appeals
22  taken of the Confirmation Order, and scheduling a briefing schedule on the Motion
23  to Dismiss;

24  WHEREAS, the Court denied the proposed Stipulation on October 9, 2020
25  [Docket No. 30];

26  WHEREAS, the parties submit that a short extension of the current briefing
27  schedule in light of the current hearing date of January 7, 2021, would be appropriate

28
2

ORDER                                          CASE NO. 20-cv-05414 (HSG)
SCHEDULING HEARING

to ensure the most effective and efficient presentation of the issues for the Court's consideration.

**IT IS HEREBY STIPULATED:**

1.      Appellants must file any response to the Motion to Dismiss by October 30, 2020.

2.      Appellees must file any reply to Appellants' response to the Motion to Dismiss by November 20, 2020.

STIPULATION AND ORDER
SCHEDULING HEARING

CASE NO. 20-cv-05414 (HSG)

DATED: October 13, 2020         BROWN RUDNICK LLP


By:/s/ *David J. Molton*
      David J. Molton

      *Counsel to the Fire Victim Trustee*

      MACCONAGHY & BARNIER, PLC

By:/s/ John H. MacConaghy
      John H. MacConaghy

      *Special Counsel for Official Committee of Tort Claimants*

      WILMER CUTLER PICKERING HALE AND DORR LLP

By:/s/ *Craig Goldblatt*
      Craig Goldblatt

      *Counsel to the Comcast Cable Communications, LLC and all affiliates*


      NORTON ROSE FULBRIGHT US LLP

By: /s/ *Rebecca J. Winthrop*
      Rebecca J. Winthrop

      *Attorneys for Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River*

4

1

2

REED SMITH LLP

3

By: /s/ *David E. Weiss*

4

David E. Weiss

5

6

*Attorneys for Paradise Unified School*

*District, Northern Recycling and Waste*

7

*Services, LLC/Northern Holdings, LLC*

*and Napa County Recycling and Waste*

8

*Services, LLC/ Napa Recycling and Waste*

9

*Services, LLC*

10

11

12

13

Pursuant to Local Rule 5-1(i)(3), I, David J. Molton, attest that concurrence in filing

this document has been obtained from the other signatories.

14

15

Brown Rudnick LLP

16

17

/s/ *David J. Molton*

David J. Molton

18

19

20

21

22

23

24

25

26

27

28

5

ORDER

WHEREAS, on October [13], 2020, Appellees and Appellants filed the *Joint Stipulation and Proposed Order Scheduling Briefing on Motion to Dismiss* (the "**Stipulation**") requesting a short extension of the briefing schedule on the Motion to Dismiss;

For the reasons set forth in the Stipulation, and good cause appearing therefor,

1.  Appellants must file any response to the Motion to Dismiss by October 30, 2020.

2.  Appellees must file any reply to Appellants' response to the Motion to Dismiss by November 20, 2020.

**IT IS SO ORDERED.**

Dated: October 14, 2020

The Honorable Haywood S. Gilliam, Jr.

United States District Judge

1

ORDER                                                              CASE NO. 20-cv-05414 (HSG)
SCHEDULING HEARING